**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ASGHAR MALIK and JESSICA MALIK                        PLAINTIFFS

v.                        No. 3:08CV00158 JLH

TILLMAN LEASING COMPANY, INC.;
MIDWEST COATINGS, INC.; and
RANDELL RODEN                                                                             DEFENDANTS

**<u>ORDER</u>**

On February 26, 2009, Tillman Leasing Company, Inc., filed a motion to compel the plaintiffs to respond to discovery that had been propounded on January 6, 2009. The plaintiffs have not responded to the motion to compel, and the time for responding has passed. It appears that the motion to compel is well taken inasmuch as interrogatories and requests for production of documents were propounded pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, but the plaintiffs did not respond within 30 days as required by those rules. The motion to compel discovery is therefore GRANTED. Document #8. The plaintiffs must answer the interrogatories and respond to the requests for production of documents propounded on January 6, 2009, on or before March 27, 2009. Failure to comply with this order could result in the imposition of sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 17th day of March, 2009.

                                                     _____
                                                     J. LEON HOLMES
                                                     UNITED STATES DISTRICT JUDGE