IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ASGHAR MALIK and JESSICA MALIK                                    PLAINTIFFS

v.                              No. 3:08CV00158 JLH

TILLMAN LEASING COMPANY, INC.;
MIDWEST COATINGS, INC.; and
RANDELL RODEN                                                     DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered separately today, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE